**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LOUIS M BROWN | |
| Plaintiff | CIVIL ACTION |
| V. | |
| SALLIE MAE, INC. ET AL | NO.  13-10801-GAO |
| Defendant | |

**ORDER OF DISMISSAL**

 O'TOOLE   U.S.D.J. 

Pursuant to Rule 41.1 of the Local Rules of this Court and , it is hereby ORDERED that the above-entitled action be and hereby is dismissed for want of prosecution

By the Court,

| | |
|---|---|
| 10/22/13 | /s/ Paul Lyness |
| Date | Deputy Clerk |